IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


TODD W. AVARA,                          No. CIV S-04-1044 MCE DAD P

      Petitioner,

    v.                                  <u>ORDER</u>

WARDEN ADAMS, et al.,

      Respondents.
_____/

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On March 24, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.

///

1  Neither party has filed objections to the findings and
2  recommendations.

3       The court has reviewed the file and finds the findings and
4  recommendations to be supported by the record and by the
5  magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
6  that:

7       1.  The findings and recommendations filed March 24, 2005,
8  are adopted in full;

9       2.  Petitioner's November 15, 2004 motion requesting a stay
10 is granted;

11      3.  Petitioner is ordered to present all unexhausted claims
12 to the California Supreme Court in a state habeas corpus petition
13 to be filed within thirty days;

14      4.  This action is stayed and the Clerk of the Court is
15 directed to administratively close the case;

16      5.  Petitioner is ordered to file and serve a status report
17 in this case on the first court day of each month; and

18      6.  Petitioner is ordered to file and serve a motion to lift
19 the stay of this action, along with a proposed amended petition
20 containing all of petitioner's exhausted claims, within thirty
21 days after petitioner is served with the California Supreme
22 Court's order disposing of petitioner's state exhaustion
23 petition.

24 DATED: May 5, 2005

25 _____
   MORRISON C. ENGLAND, JR.
26 UNITED STATES DISTRICT JUDGE