IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TODD W. AVARA,

      Petitioner,                    No. CIV S-04-1044 MCE DAD P

    vs.

DARREL G. ADAMS, et al.,

      Respondents.           ORDER

_____/

      Good cause appearing, IT IS ORDERED that:

      1. Respondents' October 7, 2005 request for a thirty-day enlargement of time is granted; and

      2. The time for filing Respondents' response to Petitioner's petition for writ of habeas corpus is extended to November 14, 2005.

DATED: October 20, 2005.

                                            /s/ Dale A. Drozd
                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

/avar1044.ext