IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TODD W. AVARA,

    Petitioner,             No. CIV S-04-1044 MCE DAD P

   vs.

DARREL G. ADAMS, et al.,

    Respondents.        ORDER

_____/

    Good cause appearing, IT IS ORDERED that:

    1. Respondents' November 14, 2005 request for a thirty-day enlargement of time is granted; and

    2. The time for filing Respondents' response to Petitioner's petition for writ of habeas corpus is extended to December 14, 2005.

DATED: November 15, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/avar1044.ext2