IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TODD W. AVARA,

    Petitioner,                    No. CIV S-04-1044 MCE DAD P

    vs.

DARREL G. ADAMS, et al.,

    Respondents.               ORDER

_____/

    Good cause appearing, IT IS ORDERED that:

    1. Respondents' December 14, 2005 request for a thirty-day enlargement of time is granted; and

    2. The time for filing Respondents' response to Petitioner's petition for writ of habeas corpus is extended to January 13, 2006.

DATED: December 15, 2005.

                              /s/ Dale A. Drozd
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE

/avar1044.ext3

1