IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TODD AVARA,

    Petitioner,        No. CIV S-04-1044 MCE DAD P

    vs.

DARREL G. ADAMS, et al.,

    Respondents.        <u>ORDER</u>

_____/

        Petitioner has filed a second request for appointment of counsel. As set forth in the court's order filed August 2, 2004, and docketed as #7, there is no absolute right to appointment of counsel in federal habeas proceedings. <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996). Counsel may be appointed at any stage of the case "if the interests of justice so require." 18 U.S.C. § 3006A. <u>See</u> also Rule 8(c), Fed. R. Governing § 2254 Cases. The court does not find that the interests of justice require appointment of counsel in this case.

        Accordingly, IT IS ORDERED that petitioner's January 30, 2006 request for appointment of counsel is denied.

DATED: February 9, 2006.

                              /s/ Dale A. Drozd
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
avar1044.110s