IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TODD W. AVARA,

      Petitioner,                    No. CIV S-04-1044 MCE DAD P

   vs.

DARREL G. ADAMS, et al.,

      Respondents.            <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus. On January 12, 2006, respondents filed their answer to petitioner's amended petition, and petitioner filed a traverse on February 6, 2006.

        Petitioner's traverse includes the following paragraph:

> Petitioner incorporates by reference the Petition for Writ of Habeas Corpus, along with any supporting documents, including the Supporting Exhibits and Points and Authorities previously filed. Further, Petitioner incorporates by reference Petitioner's Points and Authorities in Support of Travers [sic], which is being submitted contemporaneously.

(Pet'r's Traverse at 3.) The three-page traverse does not include points and authorities and was accompanied only by a proof of service by mail. The amended petition filed September 14, 2005, consists solely of the six-page form petition, as did the original petition filed June 1, 2004.

1

1 Petitioner has not filed supporting exhibits or points and authorities at any time in this action.
2 Petitioner will be granted sixty days to submit any points and authorities and/or supporting
3 exhibits that he wants the court to consider in ruling on his amended petition.
4     Petitioner's traverse also includes a demand for an evidentiary hearing "on all the
5 claims in the petition" and a renewed request for appointment of counsel.  (Id. at 2-3.)  The
6 renewed request for appointment of counsel will be denied for the reasons stated in the February
7 9, 2006 order denying petitioner's previous request.  The conclusory request for an evidentiary
8 hearing will be denied for failure to demonstrate that an evidentiary hearing is warranted on any
9 claim.
10     Accordingly, IT IS HEREBY ORDERED that:
11     1.  Petitioner's requests for appointment of counsel and for evidentiary hearing
12 included in his traverse filed February 6, 2006, are denied; and
13     2.  Petitioner is granted sixty days to file and serve any points and authorities
14 and/or supporting exhibits he wants the court to consider in ruling on the four grounds for relief
15 presented in his amended petition for writ of habeas corpus.
16 DATED: April 14, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

20 DAD:13
avar1044.mem