IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TODD W. AVARA,

    Petitioner,                      No. CIV S-04-1044 MCE DAD P

    vs.

DARREL G. ADAMS, et al.,

    Respondents.                  ORDER

_____/

        By order filed April 14, 2006, the court granted petitioner sixty days to file the supporting exhibits and/or points and authorities cited in his traverse. On June 12, 2006, petitioner filed points and authorities in support of his amended petition for writ of habeas corpus. In light of petitioner's belated submission of his supporting document, IT IS ORDERED that respondents are granted sixty days from the date of this order to file either a supplemental answer to petitioner's amended petition or a notice that no supplemental answer will be filed.

DATED: June 19, 2006.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
avar1044.mem2