IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TODD W. AVARA,

    Petitioner,                                           No. 2:04-cv-1044-ALA

    vs.

KATHY MENDOZA-POWERS, Warden, et al.,      ORDER

    Respondents.

       Petitioner, proceeding *pro se*, filed an application for a writ of habeas corpus under 28 U.S.C. § 2254 on June 1, 2004. On August 16, 2006, Respondent filed an opposition to supplemental points and authorities filed by Petitioner, and a motion to dismiss.

       Petitioner is directed to file a response to Respondent's opposition to supplemental points and authorities, and the motion to dismiss.

       In accordance with the above, IT IS HEREBY ORDERED that Petitioner is granted thirty-five (35) days from the date of service of this order to file an appropriate responsive pleading.

DATED: February 27, 2008            /s/ Arthur L. Alarcón
                                                    UNITED STATES CIRCUIT JUDGE
                                                    Sitting by Designation