IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TODD W. AVARA,

    Petitioner,                                                                      No. 2:04-cv-1044-ALA

    vs.

KATHY MENDOZA-POWERS, Warden, et al.,        <u>ORDER</u>

    Respondents.

_____/

    On February 27, 2008, this court issued an order requesting Petitioner to file a response to Respondent's August 16, 2006 Opposition to Supplemental Points and Authorities and Motion to Dismiss.

    Petitioner, a state prisoner proceeding *pro se*, filed an amended petition on September 14, 2005, alleging six grounds for relief. No supporting documents were referenced in, attached to, or filed with the amended petition. On January 12, 2006, Respondents filed their answer to the amended petition. On February 6, 2006, Petitioner filed a three-page traverse that includes the following paragraph:

> Petitioner incorporates by reference the Petition for Writ of Habeas Corpus, along with any supporting documents , including the Supporting Exhibits and Points and Authorities previously filed. Further, petitioner incorporates by reference Petitioner's Points and Authorities in Support of Traverse [sic], which is being submitted contemporaneously.

1

No points and authorities were submitted with the traverse.  In an order filed April 14, 2006, the court advised the petitioner that no supporting exhibits or points and authorities were filed at any time in this action.   Petitioner was granted sixty days to file and serve any points and authorities and/or supporting exhibits.  On June 12, 2006, Petitioner filed a document entitled "Points and Authorities In Support of Amended Petition for Writ of Habeas Corpus."

Respondents then moved to dismiss petitioner's  "Points and Authorities In Support of Amended Petition for Writ of Habeas Corpus," on the ground that it contained new, unexhausted claims.  Respondents did not move to dismiss the amended petition.  On December 15, 2006, Magistrate Judge Dale A. Drozd granted Respondent's Motion to Dismiss, and ordered the matter "submitted for decision on petitioner's amended petition for writ of habeas corpus." Therefore, this court's order on February 27, 2008, is hereby vacated, and Petitioner's amended petition is pending before this court.

///

**IT IS SO ORDERED.**

///

DATED: February 29, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation